UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00421 AWI |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| LATOYA MAISHA COOPER | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A.  Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   _____ (1)   There is probable cause to believe this defendant has committed a Federal,
              State or local crime while on release, to wit : _____
              or

   __x__ (2)   There is clear and convincing evidence that this defendant has violated a
              condition or conditions of release, to wit:   use of  drugs based on dirty test
              and

_____ (3)  That based on the factors set forth in Section 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or

__x__ (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.


IT IS SO ORDERED.

**Dated:   June 28, 2006**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                                UNITED STATES MAGISTRATE JUDGE