```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  CASE NO. 1:05CR00421-AWI
                                   )
11           Plaintiff,            )
                                   )
12      v.                         )  ORDER TO QUASH WRIT
                                   )  OF ATTACHMENT/GARNISHMENT
13  LATOYA COOPER,                 )
                                   )
14           Defendant and         )
             Judgment Debtor.      )
15  _____)
                                   )
16  ACS EDUCATION SERVICES, INC.,  )
                                   )
17           Garnishee.            )
    _____)
18
```

19       A Writ of Attachment/Garnishment was served upon ACS Education

20  Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer

21  of Garnishee, the United States filed with this Court a Request to

22  Quash Writ of Attachment/Garnishment, and having reviewed and

23  considered the same,

24       IT IS HEREBY ORDERED that the Writ is quashed and the

25  attachment/garnishment against Garnishee, ACS Education Services,

26  ///

27  ///

28  ///

Order to Quash Writ
of Attachment/Garnishment

                                   1

1  Inc., is terminated.

2  
3  IT IS SO ORDERED.

4  Dated:     January 12, 2011               /s/ signature
5                                      CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2