1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   ANA MARIA MARTEL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559)497-4000
5  Facsimile: (559)497-4099

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  CASE NO. 1:05CR00421-AWI
                                    )
11            Plaintiff,            )
                                    )
12      v.                          )
                                    )  ORDER TO QUASH WRIT
13 LATOYA COOPER,                   )  OF ATTACHMENT/GARNISHMENT
                                    )
14            Defendant and         )
              Judgment Debtor.      )
15 _____ )
                                    )
16 PHILIP WILLIAM GANONG,           )
                                    )
17            Garnishee.            )
   _____ )

18

19      A Writ of Attachment/Garnishment was served upon Philip William

20 Ganong, Garnishee, on October 8, 2010.  Based upon the Answer of

21 Garnishee, the United States filed with this Court a Request to Quash

22 Writ of Attachment/Garnishment, and having reviewed and considered

23 the same,

24      IT IS HEREBY ORDERED that the Writ is quashed and the

25 attachment/garnishment against Garnishee, Philip William Ganong, is

26 ///

27 ///

28 ///

Order to Quash Writ
of Attachment/Garnishment

1    terminated.

2

3    IT IS SO ORDERED.

4    Dated:      January 12, 2011

5                                        CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Quash Writ
of Attachment/Garnishment