```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 1:05CR00421-AWI
                                 )
11           Plaintiff,          )
                                 )
12       v.                      )
                                 )  ORDER TO QUASH WRIT
13  LATOYA COOPER,               )  OF ATTACHMENT/GARNISHMENT
                                 )
14           Defendant and       )
             Judgment Debtor.    )
15  _____)
                                 )
16  SPHERION PACIFIC WORKFORCE, LLC., )
                                 )
17           Garnishee.          )
    _____)
18
```

19

20     A Writ of Attachment/Garnishment was served upon Spherion

21  Pacific Workforce, LLC., Garnishee, on October 8, 2010.  Based upon

22  the letter provided by Garnishee, the United States filed with this

23  Court a Motion to Quash Writ of Attachment/Garnishment, and having

24  reviewed and considered the same,

25  ///

26  ///

27  ///

28  ///

Order to Quash Writ
of Attachment/Garnishment

1

1    IT IS HEREBY ORDERED that the Writ is quashed and the
2 attachment/garnishment against Garnishee, Spherion Pacific Workforce,
3 LLC., is  terminated.
4 IT IS SO ORDERED.

6 Dated:     January 19, 2011            _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2